NUMBER
13-11-00098-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

JDS CONSTRUCTION CO.,
INC. AND 

GREAT AMERICAN
INSURANCE COMPANY,                      Appellants,

 

                                                             v.

 

BORDER STATES
ELECTRIC SUPPLY OF TEXAS, INC.,      Appellee.

____________________________________________________________

 

                           On
appeal from the 445th District Court 

                                      of
Cameron County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

 Before Chief
Justice Valdez and Justices Rodriguez and Benavides

Memorandum Opinion
Per Curiam

 








Appellants,
JDS Construction Company, Inc. and Great American Insurance Company, filed an
appeal from a judgment entered by the 445th District Court of Cameron County,
Texas, in cause number 2009-01-0182-I.  Appellants have filed a motion to
dismiss the appeal on grounds that the parties have reached an agreement to
settle and compromise their differences.  Appellants request that this Court
dismiss the appeal.

The
Court, having considered the documents on file and appellants’ motion to
dismiss the appeal, is of the opinion that the motion should be granted.  See
Tex. R. App. P. 42.1(a).  Appellants= motion to dismiss is granted, and the appeal is hereby
DISMISSED.  Costs will be taxed against appellants. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellants= request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the

21st day of April, 2011.